United States District Court
Southern District of Texas
**ENTERED**
May 15, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

EDWING ELIAZAR ROSALES ROSALES,

　　　　Petitioner,

v.

PAMELA BONDI, *et al.*,

　　　　Respondents.

§
§
§
§
§
§
§
§
§
§
§

Civil Action No. 4:26-CV-1297

## ORDER

Before the Court is the Federal Respondents' Unopposed Motion to Dismiss Petition for a Writ of Habeas Corpus as Moot. Since the filing of this lawsuit, Petitioner has been removed from the country by Department of Homeland Security. As such, the petition is now moot. Thus, the Motion is GRANTED and the case is dismissed WITHOUT PREJUDICE.

It is so ordered.

Signed this __15th__ day of ____May____ 2026.

_____
GEORGE HANKS
United States District Judge